# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA**

v                                                    **CASE NO: 5:21-mj-1005-PRL**

**BENJAMIN BURDICK**

AUSA: William S. Hamilton
Deft. Atty.: Christine Bird (FPD)

| JUDGE | Philip R. Lammens | DATE AND TIME | January 8, 2021<br>11:02 am - 11:22 am<br>20 minutes |
|---|---|---|---|
| DEPUTY CLERK | Mari Jo Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not required | PRETRIAL/PROBATION: | Megan Martin |

## CLERK'S MINUTES – INITIAL APPEARANCE (Rule 5c)

Case called, appearances made, procedural settings by the Court. All parties and counsel are appearing via video pursuant to the authority granted by the Court pursuant to the Administrative Orders entered in 8:20-mc-25 regarding the CARES Act. Court confirms with both the defendant and defense counsel consent to appear via video for this hearing.

Defendant arrested on a Criminal Complaint from the Eastern District of Virginia. (Their Case Number: 1:20-mj-358.)

Defendant advised of rights, charges, penalties, etc...

Defendant requests court-appointed counsel. Based on the financial affidavit completed by defendant and/or a financial inquiry, the Court appoints Asst. Federal Public Defender Christine Bird with reimbursement upon filing by U.S. Attorney.
**ORDER TO ENTER.**

Court advises defendant of Rule 20 rights.

Defendant waives his right to an Identity Hearing and production of the warrant, but requests to have his Preliminary Hearing in this district. The hearing will be set for Wednesday, January 20th at 10:00 am. All parties consent to hold the hearing via zoom.

Government orally moves for detention and states for the record that the defendant may not be eligible for bond due to a no bond felony case in Citrus County, Florida.

Defendant waives a bond hearing without prejudice *while in this district*.