# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA**

v                                                                **CASE NO: 5:21-mj-1005-PRL**

**BENJAMIN BURDICK**

## ORDER OF TEMPORARY DETENTION

A Preliminary Examination Hearing for the above defendant is scheduled for the following:

| **Place:** United States Courthouse<br>207 N.W. Second Street<br>Ocala, Florida 34475 | **Courtroom No:** Virtual (via Zoom) |
|---|---|
| | **Date and Time:** January 20, 2021 at 10:00 A.M. |

**IT IS ORDERED:** Pending this hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. Counsel requested additional time to seek a bond hearing in light of pending state charges. If the defendant is indicted before the scheduled preliminary hearing, counsel for defendant shall promptly notify the Court as to whether a bond hearing is sought in this district or in the charging district. In the meantime, the custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   January 8, 2021

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies to:

United States Attorney
United States Marshal
United States Pretrial Services
Counsel for Defendant
Defendant c/o U.S. Marshal