AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>BENJAMIN BURDICK,<br><br>Defendant | ) ) ) ) ) ) ) | Case No. 1:20-MJ-358 |

24773.509

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __BENJAMIN BURDICK__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 21 U.S.C. Sections 331(i)(1) and 333(b)(8): Knowingly selling and dispensing, and holding for sale and dispensing, counterfeit drugs.

Date: 12/28/2020

Issuing officer's signature

City and state: Alexandria, Virginia

Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*

FILED 2021 JAN -8 PM 2:15

### Return

This warrant was received on *(date)* 1/7/21, and the person was arrested on *(date)* 1/8/21
at *(city and state)* Citrus County, FL.

Date: 1/8/21

Danny Keszthelyi
*Arresting officer's signature*

Citrus County Sheriff Office
*Printed name and title*